**UNITED STATES of America, Plaintiff-Appellant,**

v.

**David W. STEWART; Tara F. Stewart; Richard K. Plato; Tina M. Plato, Defendants-Appellees.**

No. 15-20596

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/14/2016

Bethany Buck Hauser, Esq., Bridget Maria Rowan, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, David Gray Adams, Esq., U.S. Department of Justice, Tax Division, Dallas, TX, for Plaintiff-Appellant

George William Connelly, Esq., Jessica Nicole Cory, Peter Andrew Lowy, Chamberlain, Hrdlicka, White, Williams & Aughtry, Houston, TX, for Defendants-Appellees

Before DAVIS, ELROD, and HIGGINSON, Circuit Judges.

## ON PETITION FOR PANEL REHEARING

PER CURIAM:

IT IS ORDERED that the petition for panel rehearing is DENIED. As Appellees point out in the petition for panel rehearing, the opinion mistakenly referenced Appellees' tax returns in Part III and not the Odyssey partnership return. Part III of the opinion should have stated that *Odyssey's* amended Form 1065 did not substan-

tially comply with the regulatory requirements of an AAR. *See Samueli v. C.I.R.,* 132 T.C. 336, 346 (2009) (holding that an amended return did not substantially comply with the requirements of an AAR because, in part, it "did not include all information required to be provided on a Form 8082"). The rest of the opinion's analysis, including its reliance on *Rigas v. United States,* 486 Fed.Appx. 491 (5th Cir. 2012), remains unchanged.